IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                    Case No. 4:13CR00266-001 KGB

TONNEY LEE VALURE                                                     DEFENDANT

## ORDER

Before the Court is a motion to be relieved as counsel filed by Lisa G. Peters (Dkt. No. 17). On September 17, 2013, United States Magistrate Judge Beth Deere appointed Ms. Peters to represent defendant Tonney Lee Valure in this matter (Dkt. 4). Attorney Stuart C. Vess filed a notice of appearance as retained counsel in this case on October 14, 2013 (Dkt. 15).

For good cause shown, the motion to be relieved as counsel is granted (Dkt. No. 17). Lisa G. Peters is relieved from any further representation of defendant in this matter.

IT IS SO ORDERED this 14th day of November, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE